JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| David Wall, | ) | Case No. **CV 10-950-JFW (JCx)** |
| | ) | |
| Plaintiff, | ) | **ORDER DISMISSING CIVIL ACTION** |
| | ) | |
| v. | ) | |
| | ) | |
| Oxford Management Services, | ) | |
| | ) | |
| Defendants. | ) | |

THE COURT has been advised by counsel that this action has been settled, or is in the process of being settled.

IT IS THEREFORE ORDERED that this action is hereby dismissed without prejudice to the right, upon good cause shown within 45 days, to re-open the action if settlement is not consummated. During this 45 day period, this Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

/ / /

/ / /

In the event a motion or *ex parte* application to re-open is not filed within 45 days, the dismissal of this action will be with prejudice.

Dated: June 25, 2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　United States District Judge

2